IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) _____ | Civil Action No. MDL 875 |
| This Document Relates to: | |
| Howard Durant Rhyne and Frances C. Rhyne, wife, | District of South Carolina, |
| Plaintiffs, | Civil Action No. 0:09-1512 |
| vs. | |
| Aqua-Chem, Inc. *(d/b/a Cleaver-Brooks Division)*; Borg-Warner Morse TEC, Inc.; CertainTeed Corporation; A.W. Chesterton Company; Fluor Daniel, Inc.; Fluor Daniel Services Corporation; General Refractories Company; Georgia Pacific Corporation; National Service Industries, Inc.; Rapid-American Corporation *(successor by merger to Glen Alden Corporation, Briggs Manufacturing Company, Philip Carey Corporation and Philip Carey Manufacturing Company)*; Union Carbide Corporation; Viacom, Inc. *(successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation)*, | **COMPLAINT** |
| Defendants, _____ | |

Plaintiffs hereby adopt and incorporate Plaintiffs' Master Long Form Complaint in Re: Asbestos Litigation in the United States District Court for the Eastern District of Pennsylvania, filed as Miscellaneous No. 86-0457. Pursuant to the October 8, 2008, Order of Honorable Eduardo C. Robreno, the following short-form Complaint is utilized in this asbestos action:

1. Howard Durant Rhyne, The Injured Plaintiff ("plaintiff-worker") and Frances C. Rhyne, ("plaintiff-worker's spouse"). Plaintiff 's Address, Social Security Number, and Date of Birth information is available upon request.

2. The Court has jurisdiction of this matter pursuant to the Multidistrict Litigation Order dated July 29, 1991, Civil Action No. MDL 875. Moreover, the Plaintiffs are citizens of the State of South Carolina and no defendant is a citizen or has a principal place of business in the State of South Carolina. Further, the amount in controversy, exclusive of interest and costs, exceeds $100,000.00.

3. The Defendants are those companies listed in the caption.

4. Plaintiffs hereby incorporate by reference the following counts from the Master Long-Form Complaint: Counts I, II, III, IV and V.

5. Plaintiff-worker's asbestos employment history, including, to the extent possible at this time, the asbestos products to which deceased plaintiff-worker was exposed is attached hereto as Schedule I.

6. Plaintiff-worker was diagnosed with asbestosis by William F. Alleyne, M. D. on September 21, 2006.

7. Plaintiffs certify that they have not been a party to any related third-party asbestos litigation.

8. Plaintiffs hereby demand a trial by jury on all issues of fact.

Respectfully submitted,

WALLACE AND GRAHAM, P.A.

By:  s/Mona Lisa Wallace
     S.C. Bar No.: 07216
     Attorney for Plaintiff
     WALLACE & GRAHAM, P.A.
     525 North Main Street
     Salisbury, North Carolina  28144
     Tel. No. (704) 633-5244
     Fax: (704) 633-9434
     E-Mail: mwallace@wallacegraham.com

Date: 6/10/09

HOWARD DURANT RHYNE
SCHEDULE I
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information

OCCUPATION:

Pipe Fitter
Father's Business-Residential Plumber
Naval Gunner

| EMPLOYER/WORKSITE: | APPROXIMATE DATES: |
|---|---|
| Hoechst Celanese – Rock Hill, SC | 1948 – 1987 |
| Self-Employed Plumber – Rock Hill, SC | 1947 |
| US Navy – USS Hegira | 1942 – 1945 |

RELATED ASBESTOS LITIGATION:

None

SMOKING HISTORY:

1 ppd.   1941 - 1968

PRODUCTS CONTAINING ASBESTOS:

Raw Asbestos Fiber, Pipe Covering, Block, Cements, Gaskets, Refractory Materials, Boilers, Joint Compounds, Wall Board, and other asbestos containing materials.

DEPENDENTS:

Frances C. Rhyne, wife

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DEFENDANTS LIST**

Aqua-Chem, Inc., d/b/a Cleaver-Brooks Division
7800 North 113th Street
Milwaukee, WI  53224-3136

Borg-Warner Morse TEC, Inc.
3850 Hamlin Road
Auburn Hills, MI  48326

CertainTeed Corporation
CT Corporation System
225 Hillsborough Street
Raleigh, NC  27603

A.W. Chesterton Company
PO Box 4004
Woburn, WA  01888-4004

Fluor Daniel, Inc.
Corporation Service Company
327 Hillsborough Street
Raleigh, NC  27603

Fluor Daniel Services Corporation
Corporation Service Company
327 Hillsborough Street
Raleigh, NC  27603

General Refractories Company
225 City Avenue, Suite 114
Bala Cynwyd, PA  19004

Georgia Pacific Corporation
CT Corporation System
75 Beattie Place
Greenville, SC  29601

National Service Industries, Inc.
Corporation Service Company
327 Hillsborough Street
Raleigh, NC  27603

Rapid-American Corporation
Corporation Service Company
2711 Centerville Road, Ste. 400
Wilmington, DE  19808-1645

Union Carbide Corporation.
CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

Viacom, Inc.
Corporation Service Company
2711 Centerville Road, Ste. 400
Wilmington, DE  19808-1645